UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
FRANCES SOIGNET, PAMELA TUCKER, KIM  :
BEAULIEU, PATSY SHERIDAN, RHONDA     :
ADAMS, JOAN GASPARD, REGINA          :
GUEDRY, TAMMY JOHNSON, NANCY         :
MCQUIDDY, CLINTON WILLIAMS,          :
                                     :
                                     :
    Plaintiffs.                     :   Civil Action
v.                                   :   No. 04-11303-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
    Defendants.                     :
                                     :
                                     :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004                     Respectfully submitted,
    Boston, Massachusetts

                                                   /s/Matthew J. Matule
                                                   Matthew J. Matule (BBO #632075)
                                                     SKADDEN, ARPS, SLATE,
Of Counsel:                                MEAGHER & FLOM LLP
Barbara Wrubel                          One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                   (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.