UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCES SOIGNET, PAMELA TUCKER, KIM :
BEAULIEU, PATSY SHERIDAN, RHONDA :
ADAMS, JOAN GASPARD, REGINA :
GUEDRY, TAMMY JOHNSON, NANCY :
MCQUIDDY, CLINTON WILLIAMS, :
:
:
     Plaintiffs. : Civil Action
v. : No. 04-11303-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
:
     Defendants. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

     Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Dated:  July 6, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |